UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA



FILED

OCT 4 2022

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Criminal No. 5:22-cr-31 |
| v. | Violations: 18 U.S.C. § 1956(h) |
| ROBERT JERMELE ATKINSON and MICAH A. ATKINSON, Defendants. | 18 U.S.C. § 1957 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE
(Money Laundering Conspiracy)

1. At all times relevant to this Indictment, Mountaineer Casino is located and operated in Hancock County, West Virginia, in the Northern District of West Virginia.

2. At all times relevant to this Indictment, Mountaineer Casino is a financial institution as defined in Title 31, United States Code, Section 5312(a)(2)(X)(i).

3. At all times relevant to this Indictment, the William Hill Sports Book, headquartered in Las Vegas, Nevada, is the entity that operates sports betting at Mountaineer Casino.

4. From on or about September 10, 2020, to on or about November 29, 2020, in Hancock County in the Northern District of West Virginia, and elsewhere, defendants **ROBERT JERMELE ATKINSON and MICAH A. ATKINSON** did knowingly combine, conspire, confederate, agree and

1

have a tacit understanding with each other to conduct unlawful monetary transactions in violation of Title 18, United States Code, Section 1957.

## OBJECT OF CONSPIRACY

5. An object of the conspiracy was to violate Title 18, United States Code Section 1957 by knowingly engaging in monetary transactions through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000 that had been derived from the specified unlawful activity constituting the offenses charged in Counts Two through Five.

## MANNER AND MEANS

6. It was part of the conspiracy that, from at least in or around 2017, to at least on or around March 2022, the defendant **ROBERT JERMELE ATKINSON** would knowingly and intentionally combine, conspire, confederate, and agree with others to distribute and possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, in the Northern District of Ohio, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

7. It was a further part of the conspiracy that defendant **ROBERT JERMELE ATKINSON** would gamble using the proceeds obtained from his drug trafficking activities at Mountaineer Casino, knowing that the funds involved proceeds of an unlawful activity.

8. It was further part of the conspiracy that, after the arrest of the defendant **ROBERT JERMELE ATKINSON** in the Northern District of Ohio for drug trafficking, defendant **MICAH A. ATKINSON** would gamble using the proceeds obtained from **ROBERT JERMELE ATKINSON**'s drug trafficking activities at Mountaineer Casino, knowing that the funds involved proceeds of an unlawful activity.

9. It was further part of the conspiracy that the defendants **ROBERT JERMELE ATKINSON and MICAH A. ATKINSON** would place wagers on Sports Book operated by William

Hill using the proceeds obtained from **ROBERT JERMELE ATKINSON's** drug trafficking activities, knowing that the funds involved proceeds of unlawful activity.

10. It was further part of the conspiracy that defendants **ROBERT JERMELE ATKINSON** would transport the currency obtained through gambling to the Northern District of Ohio and deposit that currency into bank accounts and a safe deposit box.

11. On or about September 10, 2020, defendant **ROBERT JERMELE ATKINSON** placed a wager at Mountaineer Casino on Sports Book operated by William Hill, using proceeds obtained from his drug trafficking activities in the amount of $20,000.

12. On or about October 21, 2020, defendant **ROBERT JERMELE ATKINSON** placed a wager at Mountaineer Casino on Sports Book operated by William Hill, using proceeds obtained from his drug trafficking activities in the amount of $13,500.

13. On or about November 29, 2020, defendant **MICAH A. ATKINSON** placed a wager at Mountaineer Casino on Sports Book operated by William Hill, using proceeds obtained from **ROBERT JERMELE ATKINSON's** drug activities in the amount of $23,000. **MICAH A. ATKINSON** won $52,900 on that wager and placed the money he won in bank accounts and a safety deposit box he owned in the Northern District of Ohio.

In violation of Title 18, United States Code, Section 1956(h)

## COUNTS TWO through FOUR
(Unlawful Monetary Transactions)

1. Paragraphs One through Thirteen of Count One are re-alleged and incorporated as though fully set forth herein.

2. On or about the dates set forth in the chart below, each date constituting a separate count of this Indictment, in Hancock County, in the Northern District of West Virginia, and elsewhere, defendant **ROBERT JERMELE ATKINSON**, did knowingly engage in a monetary transaction through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, the defendant **ROBERT JERMELE ATKINSON**, placed the following wagers at Mountaineer Casino on Sports Book operated by William Hill, such property having been derived from a specified unlawful activity, specifically drug trafficking activity that violated Title 21, United States Code, 841(a)(1), in violation of Title 18, United States Code, Section 1957.

| Count | Date | Financial Transaction |
| --- | --- | --- |
| 2 | September 10, 2020 | Wager of $20,000 initiated in New Cumberland, West Virginia, from Mountaineer Casino, to an account owned by William Hill Sports Book, located in Las Vegas, Nevada |
| 3 | September 26, 2020 | Wager of $13,500 initiated in New Cumberland, West Virginia, from Mountaineer Casino, to an account owned by William Hill Sports Book, located in Las Vegas, Nevada |
| 4 | October 21, 2020 | Wager of $13,500 initiated in New Cumberland, West Virginia, from Mountaineer Casino, to an account owned by William Hill Sports Book, located in Las Vegas, Nevada |

In violation of Title 18, United States Code, Section 1957.

## COUNT FIVE
(Engaging in Monetary Transactions)

1. Paragraphs One through Thirteen of Count One as alleged in this Indictment are re-alleged and incorporated as fully set forth herein.

2. On or about November 29, 2020, in Hancock County, in the Northern District of West Virginia, and elsewhere, defendant **MICAH A. ATKINSON**, did knowingly engage in a monetary transaction through and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is the defendant, **MICAH A. ATKINSON**, placed a wager in the amount of $23,000 at Mountaineer Casino on Sports Book operated by William Hill, initiated in New Cumberland, West Virginia, to an account located in Las Vegas, Nevada, such property having been derived from a specified unlawful activity, specifically activity that violated Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Sections 1957.

A true bill,

/s/_____
Foreperson

/s/ William J. Ihlenfeld
WILLIAM J. IHLENFELD
United States Attorney

Jennifer T. Conklin
Assistant United States Attorney