IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                                       **CRIMINAL ACTION NO. 5:22-CR-31**
                                             Judge Bailey

**ROBERT JERMELE ATKINSON** and
**MICAH ATKINSON**,

        Defendants.

## ORDER

The trial in the above-styled case is hereby **SCHEDULED** for **November 14, 2023, at 9:00 a.m.** The pretrial conference is hereby **SCHEDULED** for **November 6, 2023, at 4:00 p.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: September 21, 2023.

                                                      JOHN PRESTON BAILEY
                                                      UNITED STATES DISTRICT JUDGE