IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

v.                                                  **Criminal No. 5:22-CR-31-02**
                                                                 **(Judge Bailey)**

**MICAH ATKINSON,**

        **Defendant.**

## UNITED STATES' MOTION TO DISMISS

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeks leave from this court to dismiss the Indictment against the above-named defendant. In support of this motion, the United States avers:

1. On August 3, 2023, the Grand Jury returned an Indictment charging the defendant with conspiracy to commit money laundering, in violation of Title 18, United States Code, section 1956(h) and one count of unlawful monetary transactions in violation of Title 18, United States Code, section 1957.

2. On October 23, 2023, the co-defendant, Robert Atkinson, entered into a signed plea agreement. At his plea, Mr. Atkinson accepted responsibility for the offense and acknowledged that his role as the organizer of the criminal offense. [See Doc. 83].

3. Pursuant to the terms of that agreement, the government agreed to move to dismiss the counts of the indictment against Micah Atkinson, based in part on Mr. Robert Atkinson's acceptance of responsibility, and other factors presented by Micah Atkinson's counsel.

4.	For the foregoing reasons, the United States respectfully seeks leave from this court to dismiss the counts of the indictment as to Micah Atkinson.

                                       Respectfully submitted,

                                       WILLIAM IHLENFELD
                                       UNITED STATES ATTORNEY

By:	/s/ Jennifer T. Conklin
      Jennifer T. Conklin
      Assistant United States Attorney
      P.O. Box 591
      Wheeling, WV  26003
      Telephone: (304) 234-0100
      Fax: (304) 234-0111
      E-Mail:  Jennie.Conklin@usdoj.gov

CERTIFICATE OF SERVICE

    I, Jennifer T. Conklin, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on February 27, 2024, I electronically filed the foregoing *United States' Motion to Dismiss* with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

    /s/ Jennifer T. Conklin
Jennifer T. Conklin
Assistant United States Attorney
P.O. Box 591
Wheeling, WV  26003
Telephone: (304) 234-0100
Fax: (304) 234-0111
E-Mail:  Jennie.Conklin@usdoj.gov