IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                              Criminal No. 5:22-CR-31-02
                                                (Judge Bailey)

MICAH ATKINSON,

                Defendant.

## DISMISSAL

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, hereby dismisses the counts of the Indictment against the above-named defendant pursuant to the terms of the plea agreement.

                                                Respectfully submitted,

                                                WILLIAM IHLENFELD
                                                UNITED STATES ATTORNEY

                             By:     /s/ Jennifer T. Conklin
                                                Jennifer T. Conklin
                                                Assistant United States Attorney

Leave of Court is granted for the foregoing Dismissal.

DATE: __2-29-2024__

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE